IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MCR INVESTORS LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>PHOENIX LAUNDRY LLC,<br><br>*Defendant.* | Civil Action No. 3:24-cv-1680-G<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) |

Plaintiff MCR Investors LLC, by and through its counsel, hereby voluntary dismisses the above-captioned action in its entirety and without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: October 15, 2024

Respectfully submitted,

**LEICHTMAN LAW PLLC**

By: /s/ David Leichtman
David Leichtman, Esq.
(admitted *pro hac vice*)
Kristen A. Miller Reinsch, Esq.
(Texas Bar No. 240048660)

185 Madison Avenue, 15th Floor
New York, NY 10016
Tel: 212.419.5210

dleichtman@leichtmanlaw.com
kreinsch@mcrinvestors.com

*Counsel for Plaintiff MCR Investors LLC*